

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00032-CR

**DAMON LAVELLE ASBERRY,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2007-1625-C2A

## O R D E R

The Court has received the Court of Criminal Appeals' mandate which issued on January 3, 2017. This appeal was remanded for reconsideration in light of all the evidence before the trial court in making its ruling.

We abated this appeal on January 18, 2017 to the trial court for preparation of a record for our review of the merits of the appeal. It is reinstated as of the date of this order.

The appeal now stands at the point as if the record has just been filed, and appellant's brief on remand is due 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a); *Robinson v. State*, 790 S.W.2d 334, 335-36 (Tex. Crim. App. 1990). The State's brief on remand is due 30 days after appellant's brief is filed. TEX. R. APP. P. 38.6(b). Because the record was not complete at the time the initial briefing in this appeal occurred, the parties will not be able to rely on their prior briefs.

If a brief on remand is not timely filed, this proceeding must be abated to the trial court for a hearing to determine why no brief has been timely filed on behalf of appellant. TEX. R. APP. P. 38.8(b).

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed March 8, 2017

